Form B5 p 1 (12/07)    BlumbergExcelsior, Inc. Publisher NYC 10013

| United States Bankruptcy Court<br>EASTERN District of NEW YORK | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Peninsula Hospital Center | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC NO or other TAX I D NO (If more than one state all)<br>7195 | |
| STREET ADDRESS OF DEBTOR (No and street, city, state, and zip code)<br>51-15 Beach Channel Drive<br><br>Far Rockaway, NY | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br>Queens     11691 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED    ☐ Chapter 7    ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check if applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☒ Debts are primarily business debts

TYPE OF DEBTOR
- ☐ Individual
- ☐ Partnership
- ☒ Corporation
- ☐ Other:

Nature of Business: (Check all applicable boxes)
- ☒ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U S C §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304 (g) of the Bankruptcy Reform Act of 1994 is attached

*[If a child support creditor or its representative is a petitioner and if the petitioner files the form specified in § 304 (g) of the Bankruptcy Reform Act of 1994 no fee is required]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Reports information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U S C §303(b)

2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code

3. a ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
             or

   b ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

 Form B5, P 2 (12/07)    **Blumberg**Excelsior Inc. Publisher NYC 10013
Name of Debtor    Peninsula Hospital Center
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /S/ WAYNE S. Dodakian DO
Signature of Petitioner or Representative (State title)

Wayne S. Dodakian, D.O.
Name of Petitioner     8/16/11  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Wayne S. Dodakian, D.O., 77 Oakland Avenue, New Britain, CT 06053

X [signature]    8/16/11
Signature of Attorney    Date

Name of Attorney Firm (If any): Macron & Cowhey, P.C.
Address: 160 Broadway, 4th Floor, New York, NY 10038
Telephone No: 212-346-9060

X /S/ Vinod Sinha
Signature of Petitioner or Representative (State title)

Iotal MedBiz
Name of Petitioner     8/16/11  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Vinod Sinha, 49 Piermont Avenue, Hewlett, NY 11557

X [signature]    8/16/11
Signature of Attorney    Date

Name of Attorney Firm (If any): Macron & Cowhey, P.C.
Address: 160 Broadway, 4th Floor, New York, NY 10038
Telephone No: 212-346-9060

X /S/ Shannon Gerardi
Signature of Petitioner or Representative (State title)

Advanced Seamless Gutters
Name of Petitioner     8/16/11  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Shannon Gerardi, 32-30 Fulton Avenue, Oceanside, NY 11572

X [signature]    8/16/11
Signature of Attorney    Date

Name of Attorney Firm (If any): Macron & Cowhey, P.C.
Address: 160 Broadway, 4th Floor, New York, NY 10038
Telephone No: 212-346-9060

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wayne S. Dodakian, D.O.<br>77 Oakland Avenue<br>New Britain, CT 06053 | Goods bought for Debtor | 495.00 |
| Iotal MedBiz<br>160 Broadway, 4th Floor<br>New York, NY 10038 | Goods sold and delivered | 78,709.49 |
| Advanced Seamless Gutters<br>160 Broadway, 4th Floor<br>New York, NY 10038 | Goods sold and delivered | 48,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $127,204.49 |

_____ continuation sheets attached