# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−11−47056−ess |
| Peninsula Hospital Center | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 11−6037195 | |
| DEBTOR(s) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on August 16, 2011 in this bankruptcy court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed via the Court's Internet site at www.nyeb.uscourts.gov.

**Address of Clerk:**     **United States Bankruptcy Court**
**271 Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201−1800**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**Marilyn Cowhey Macron**
**Macron & Cowhey**
**160 Broadway, 4th Floor**
**New York, NY 10038**
**212−346−9060**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: August 17, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLinvol** [Involuntary summons 12/1/09]