UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
In re: : Chapter 11
:
: Case No. 11-47056 (ESS)
PENINSULA HOSPITAL CENTER, :
:
Debtor. : Joint Administration Pending
:
------------------------------x

# CONSENT TO THE ENTRY OF AN ORDER FOR RELIEF

The undersigned alleged debtor, Peninsula Hospital Center, hereby consents to the entry of an order for relief in the above captioned involuntary case.

Dated: September 19, 2011
      Far Rockaway, New York

                                      Respectfully submitted,
                                      Peninsula Hospital Center

                                   By: /s/ Todd Miller
                                          Todd Miller
                                          Chief Restructuring Officer