UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

In re:

PENINSULA HOSPITAL CENTER *et al.*,

Debtor.

------------------------------------x

Chapter 11

Case No. 11-47056 (ESS)

Joint Administration Pending

## NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; AND NOTICE OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR 9:30 A.M. (EDT) ON SEPTEMBER 20, 2011

PLEASE TAKE NOTICE that, on September 19, 2011, Peninsula Hospital Center ("**PHC**") consented to an Order for Relief and Peninsula General Nursing Home Corp. d/b/a Peninsula Center For Extended Care & Rehabilitation ("**PGN**") (each a "**Debtor**" and collectively, with PHC, the "**Debtors**"), filed a voluntary petition relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

PLEASE TAKE FURTHER NOTICE that, the Debtors have filed the following first day motions and related pleadings in the above-captioned chapter 11 cases (collectively, the "**First Day Motions**"):

1. Peninsula Hospital Center et al. Motion of the Debtors for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases [Docket No. __; filed September 19, 2011]

2. Declaration of Todd Miller Pursuant to Local Bankruptcy Rule 1007-4 and In Support of First Day Motions and Applications [Docket No.__; filed September 19, 2011]

3. Motion of the Debtors for Entry of an Order Extending the Time to File Schedules and Statements of Financial Affairs [Docket No. __; filed September 19, 2011]

4. Motion Of The Debtors For Entry Of An Order (A) Authorizing The Debtors To

        Prepare A List Of Creditors In Lieu Of A Formatted Mailing Matrix; (B) Authorizing The Debtors To File A Consolidated List Of The Debtors' 30 Largest Unsecured Creditors; And (C) Approving The Form And Manner Of Notice Of Commencement Of The Debtors' Chapter 11 Cases [Docket No. __; filed September 19, 2011]

5.     Motion for Order (I) Authorizing Payment of Prepetition Wages, Employee Benefits and Expense Reimbursement (II) Authorizing and Directing Banks to Honor Checks with Respect Thereto, And (III) Approving Payment of Postpetition Wages and Benefits [Docket No. __; filed September 19, 2011]

6.     Motion of Debtors for Interim and Final Orders (A) Authorizing Continued Use of Cash Management Systems; (B) Honoring Certain Prepetition Obligations of the Debtors Related to the Cash Management System; (C) Maintaining the Existing Bank Accounts; (D) Continuing Use of Existing Business Forms; and (E) Scheduling A Final Hearing [Docket No. __; filed September 19, 2011]

7.     Motion For Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 And Frbp 2002, 4001 And 9014 Authorizing Debtors To (I) Obtain Secured Postpetition Financing On Superpriority Secured Basis ("Dip Loan") And (Ii) Utilize Cash Collateral And Other Related Requests [Docket No. __; filed September 19, 2011]

8.     Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Long-Term Care Residents; (B) Continue to Honor Long-Term Care Resident Refunds; and (C) Maintain Long-Term Care Resident Trust Fund Accounts and Policies; and (II) Scheduling a Final Hearing [Docket No. __; filed September 19, 2011]

PLEASE TAKE FURTHER NOTICE that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for September 19, 2011 at 9:30 a.m. (Eastern Daylight Time) at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201 before The Honorable Elizabeth S. Stong.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: New York, New York
September 19, 2011

                              ABRAMS FENSTERMAN, *ET AL*.,

                    By: /s/ Deborah J. Piazza
                          Deborah J. Piazza
                          Danielle Elias, Esq.
                          Abrams Fensterman, *et al.*
                          630 Third Avenue, 5th Floor
                          New York, NY 10017
                          Tel: (212) 279-9200
                          Fax: (212) 279-0600
                          dpiazza@abramslaw.com
                          Delias@abramslaw.com

*Proposed Counsel for Debtors
and Debtors in Possession*