UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                          :          Chapter 11
                                                :
PENINSULA HOSPITAL CENTER, *et al.*,  :          Case No. 11-47056 (ESS)
                                                :
                        Debtors.         :          (Jointly Administered)
-------------------------------------------------------X

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

Tracy Hope Davis, United States Trustee for Region 2, pursuant to 11 U.S.C. §§

1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve to

the Official Committee of Unsecured Creditors of Peninsula Hospital Center, *et al.*:

      1.     Jamaica Hospital
           8900 Van Wyck Expressway
           Jamaica, NY 11418
           Attn: Patrick McNamara
           Tel. No. (718) 206-6291

      2.     Sodexo Operations, LLC,
           283 Cranes Roost Boulevard, Suite 260
           Altamonte Springs, FL 32701
           Attn: Brad Hamman
           Tel. No. (407) 339-3230

      3.     Medline Industries
           1 Medline Industries
           Mundelein, IL 60060
           Attn: Shane Reed
           Tel. No. (847) 643-4103

      4.     Madison Avenue Physician Services, P.C.
           66 W. Gilbert Street
           Red Bank, NJ 07701
           Attn: Dr. Joseph Calabro
           Tel. No. (732) 212-0060

5.      1199 SEIU Healthcare Workers East
        310 West 43rd Street
        New York, NY 10036
        Attn: Claire E. Thompson
        Tel. No. (212) 603-1140

Dated:  Brooklyn, New York
        September 22, 2011

                              TRACY HOPE DAVIS
                              UNITED STATES TRUSTEE

                       By:    */s/ William E. Curtin*
                              William E. Curtin (WC-1974)
                              Trial Attorney
                              271 Cadman Plaza East, Suite 4529
                              Brooklyn, New York 11201
                              Tel. No. (718) 422-4960