UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

    PENINSULA HOSPITAL CENTER,

          Debtor.

Chapter 11

Case No. 11-47056 (ESS)

-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT Arent Fox LLP hereby withdraws its appearance in the above-captioned case on behalf of Chem Rx Pharmacy Services, LLC.

Dated: September 27, 2011
      New York, NY

ARENT FOX LLP

    */s/ Robert M. Hirsh*
Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
hirsh.robert@arentfox.com

NYC/618901.1