Robert M. Hirsh
Jordana L. Renert
Arent Fox LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

PENINSULA HOSPITAL CENTER, *et al.*            Chapter 11

               Debtors.            Case No. 11-47056 (ESS)

                       Jointly Administered
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") of Peninsula Hospital Center, *et al.* (the "Debtors"), by and through its proposed counsel, Arent Fox LLP, hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

        Robert M. Hirsh
        Jordana L. Renert
        ARENT FOX LLP
        1675 Broadway
        New York, NY 10019
        Telephone:  (212) 484-3900

NYC/618880.1

Facsimile:  (212) 484-3990
hirsh.robert@arentfox.com
renert.jordana@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee:  (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: New York, New York
September 27, 2011

                    ARENT FOX LLP

                    *Proposed* Counsel for the Official Committee of Unsecured Creditors

                    By:   */s/ Robert M. Hirsh*
                           Robert M. Hirsh
                           Jordana L. Renert
                           ARENT FOX LLP
                           1675 Broadway
                           New York, NY 10019
                           (212) 484-3900 (Tel.)
                           (212) 484-3990 (Fax)