UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 11-47056 (ESS)
                                                               :              11-47985 (ESS)
PENINSULA HOSPITAL CENTER, *et al.*,                           :
                                                               :   (Jointly Administered)
                                                               :
                                              Debtors.         :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS   )
                    ) ss
COUNTY OF COOK      )

I, Heather L. Montgomery, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the proposed claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On September 28, 2011, at the direction of Abrams, Fensterman, Fentsterman, Eisman, Greenberg, Formato & Einiger, LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served on the Master Service List via email on the parties set forth on the service list annexed hereto as Exhibit A, and via first class mail on the parties set forth on the service list annexed hereto as Exhibit B:

- Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Federal Rule of the Bankruptcy Procedure 2014(a) for Order Approving the

Retention of Abrams Fensterman *et al.*, as Counsel to Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 79];

- Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) for Order Approving the Retention of Nixon Peabody LLP as Special Counsel to Debtors Nunc Pro Tunc to the Petition Date [Docket No. 80];

- Debtors' Application to Employ and Retain Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 81]; and

- Debtors' Application for Entry of an Order Authorizing the Employment and Retention of The GCG, Inc. as Claims and Noticing Agents *Nunc Pro Tunc* to the Petition Date [Docket No. 82].

_____
Heather L. Montgomery

Sworn to before me this 29th day of September, 2011

_____
Margaret A. Posa
Notary Public, State of Illinois
No. 722327
Qualified in Cook County
Commission Expires: October 5, 2013

"OFFICIAL SEAL"
Margaret A Posa
Notary Public, State of Illinois
My Commission Expires 10/5/2013

# EXHIBIT A

ABRAMS FENSTERMAN ET AL
ATTN: MARK FRIMMEL / KIMBERLY MURRAY
630 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10017
email: mfrimmel@abramslaw.com, kmurray@abramslaw.com

ABRAMS FENSTERMAN ET AL.
ATTN: DEBORAH PIAZZA/ DANIELLE ELIAS
630 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10117
email: dpiazza@abramslaw.com, delias@abramslaw.com

ALSTON & BIRD LLP
ATTN: JOHN W. WEISS
90 PARK AVENUE
NEW YORK, NY 10016-1387
email: john.weiss@alston.com

ARENT FOX LLP
ATTN JORDANA L. RENERT, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: renert.jordana@arentfox.com

ARENT FOX LLP
ATTN ROBERT M. HIRSH, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: hirsh.robert@arentfox.com

ATTORNEY GENERAL OF THE STATE OF NY
ATTN NEAL S. MANN
ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FL.
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BERNSTEIN LAW FIRM, P.C.
ATTN KIRK B. BURKLEY, ESQ.
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219-1900
email: kburkley@bernsteinlaw.com

BIO-REFERENCE LABORATORIES INC
481 EDWARD H ROSS DRIVE
ELMWOOD PARK, NJ 07407
email: HDubinett@bioreference.com

FARRELL FRITZ, P.C.
ATTN TED A. BERKOWITZ, ESQ
1320 RXR PLAZA
UNIONDALE, NY 11556-1320
email: tberkowitz@farrellfritz.com

FARRELL FRITZ, P.C.
ATTN VERONIQUE A. URBAN, ESQ
1320 RXR PLAZA
UNIONDALE, NY 11556-1320
email: vurban@farrellfritz.com

FOCUS MANAGEMENT GROUP
ATTN: DANIEL T. MCMURRAY
5011 WEST LEMON STREET
TAMPA, FL 33609
email: d.mcmurray@focusmg.com

FOLEY & LARDNER LLP
ATTN JEFFREY C. THORPE, ESQ.
90 PARK AVENUE
NEW YORK, NY 10016-1314
email: jthrope@foley.com

FOLEY AND LARDNER LLP
ATTN: PETER N. WANG
90 PARK AVENUE
NEW YORK, NY 10016
email: pwang@foley.com

GCG, INC.
ATTN PAUL KINEALY
190 S. LASALLE ST.
SUITE 1520
CHICAGO, IL 60603
email: phsteam@gcginc.com

MACRON & COWHEY
ATTN MARILYN COWHEY MACRON
160 BROADWAY FL 4
NEW YORK, NY 10038
email: marilyn@macroncowhey.com

MEDLINE INDUSTRIES INC
ATTN: ANNE KISHA
PO BOX 382075
PITTSBURGH, PA 15251-8075
email: akisha@medline.com

MEDONE CAPITAL FUNDING
10712 SOUTH 1300 EAST
SANDY, UT 84094
email: info@medonecapital.com

MODERN MEDICAL SYSTEMS CO INC
170 FINN COURT
FARMINGDALE, NY 11735
email: info@modmedsys.com

MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO, ESQ
909 THIRD AVE
NEW YORK, NY 10022
email: bankruptcy@morrisoncohen.com

NEUBERT, PEPE & MONTEITH, P.C.
ATTN MARK I. FISHMAN, ESQ.
195 CHURCH STREET
13TH FL.
NEW HAVEN, CT 06510
email: mfishman@npmlaw.com

NUTOVIC & ASSOCIATES
ATTN ISAAC NUTOVIC, ESQ.
488 MADISON AVE
16TH FLOOR
NEW YORK, NY 10022
email: inutovic@nutovic.com

OCEANSIDE INSTITUTION INDUSTRIES INC.
2525 LONG BEACH ROAD
OCEANSIDE, NY 11572
email: info@oceansidelaundry.com

PANTHEON CAPITAL LLC
ONE INTERNATIONAL BOULEVARD
MAHWAH, NJ 07495
email: info@pancapllc.com

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SMITH, KATZENSTEIN & JENKINS LLP
ATTN KATHLEEN M. MILLER, ESQ.
THE CORPORATE PLAZA
800 DELAWARE AVE, STE 1000
PO BOX 410
WILMINGTON, DE 19899
email: kmiller@skjlaw.com

SODEXO, INC.
ATTN ADRIENNE VADELL STURGES, ESQ.
ASSISTANT GENERAL COUNSEL
6081 HAMILTON BLVD.
ALLENTOWN, PA 18106
email: adrienne.sturges@sodexo.xom

SODEXO, INC.
C/O JD THOMPSON LAW
ATTN JUDY D. THOMPSON, ESQ.
P.O. BOX 33`27
CHARLOTTE, NC 28233
email: jdt@jdthompsonlaw.com

# EXHIBIT B

| | |
|---|---|
| 1199 SEIU HEALTHCARE WORKERS EAST<br>ATTN: CLAIRE E THOMPSON<br>310 WEST 43RD STREET<br>NEW YORK, NY 10036 | 1199 SEIU UNITED HEALTHCARE WORKERS<br>EAST (1199) AS ITSELF AND AGENT<br>330 W 42ND ST FL 27<br>NEW YORK, NY 10036 |
| AIRGAS, INC<br>ATTN DAVID BOYLE<br>259 RADNOR-CHESTER RD, STE 100<br>PO BOX 6675<br>RADNOR, PA 19087-8675 | ALSTON & BIRD LLP<br>ATTN: JOHN W. WEISS<br>90 PARK AVENUE<br>NEW YORK, NY 10016-1387 |
| AMERICORP FINANCIAL LLC<br>877 S ADAMS ROAD<br>BIRMINGHAM, MI 48009 | ARENT FOX LLP<br>ATTN JORDANA L. RENERT, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| ARENT FOX LLP<br>ATTN ROBERT M. HIRSH, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | ATTORNEY GENERAL OF THE STATE OF NY<br>ATTN NEAL S. MANN<br>ASSISTANT ATTORNEY GENERAL<br>120 BROADWAY, 24TH FL.<br>NEW YORK, NY 10271 |
| BANK OF NEW YORK MELLON AS TRUSTEE<br>ATTN HENRY ORTIZ<br>101 BARCLAY ST 7 WEST<br>NEW YORK, NY 10286 | BAXTER HEALTHCARE CORPORATION<br>ONE BAXTER PARKWAY<br>DEERFIELD, IL 07188-0041 |
| BERNSTEIN LAW FIRM, P.C.<br>ATTN KIRK B. BURKLEY, ESQ.<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15219-1900 | BESLER & CO INC<br>3 INDEPENDENCE WAY<br>PRINCETON, NJ 08540 |
| BIO-REFERENCE LABORATORIES INC<br>481 EDWARD H ROSS DRIVE<br>ELMWOOD PARK, NJ 07407 | BROOKDALE HOSPITAL MEDICAL CENTER<br>LINDEN BLVD AT BROOKDALE PLZ<br>BROOKLYN, NY 11212 |
| CHEM RX<br>750 PARK PLACE<br>LONG BEACH, NY 11561 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN<br>SAN JOSE, CA 22215 |
| CORPORATION COUNSEL OF CITY OF NEW YORK<br>ATTN GABRIELA P. CACUCI, ESQ.<br>ASSISTANT CORPORATION COUNSEL<br>100 CHURCH ST., 5TH FL<br>NEW YORK, NY 10007 | CUMBERLAND PACKING CORPORATION<br>2 CUMBERLAND STREET<br>BROOKLYN, NY 11205 |
| DADE BEHRING FINANCE CO LLC<br>170 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | DEPUY ORTHOPAEDICS INC<br>5972 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |

DEPUY ORTHOPAEDICS INC
700 ORTHOPAEDIC DRIVE
WARSAW, IN 46582

EMPIRE BLUE CROSS BLUE SHIELD
622 THIRD AVENUE
NEW YORK, NY 10017

EMPIRE HEALTHCHOICE ASSURANCE INC
DBA EMPIRE BLUE CROSS BLUE SHIELD
ATTN LOUIS BENZA ESQ, ASSOCIATE GC
15 METRO TECH CENTER, 4TH FL.
BROOKLYN, NY 11201

FARRELL FRITZ, P.C.
ATTN TED A. BERKOWITZ, ESQ
1320 RXR PLAZA
UNIONDALE, NY 11556-1320

FARRELL FRITZ, P.C.
ATTN VERONIQUE A. URBAN, ESQ
1320 RXR PLAZA
UNIONDALE, NY 11556-1320

FLUSHING HOSPITAL MEDICAL CENTER
ATTN MOUNIR DOSS, CFO
4500 PARSONS BLVD
FLUSHING, NY 11355

FOCUS MANAGEMENT GROUP
ATTN: DANIEL T. MCMURRAY
5011 WEST LEMON STREET
TAMPA, FL 33609

FOLEY & LARDNER LLP
ATTN JEFFREY C. THORPE, ESQ.
90 PARK AVENUE
NEW YORK, NY 10016-1314

FOLEY AND LARDNER LLP
ATTN: PETER N. WANG
90 PARK AVENUE
NEW YORK, NY 10016

FRR RECOVERY
80 MARCUS DRIVE
MELVILLE, NY 11747

GCG, INC.
ATTN PAUL KINEALY
190 S. LASALLE ST.
SUITE 1520
CHICAGO, IL 60603

GE CAPITAL CORPORATION
1961 HIRST DRIVE
MOBERLY, MO 65270

GE CAPITAL CORPORATION
P.O. BOX 35701
BILLINGS, MT 59107-5701

H D SMITH
21950 NETWORK PLACE
CHICAGO, IL 60673-1219

HELFAND & HELFAND
ATTN ANDREW B. HELFAND, ESQ
350 FIFTH AVE., STE 2826
NEW YORK, NY 10118

IDB LEASING, INC.
1001 DURHAM AVE
SOUTH PLAINFIELD, NJ 07080

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JAMAICA HOSPITAL MEDICAL CENTER
ATTN: PATRICK MCNAMARA
8900 VAN WYCK EXPRESSWAY
JAMAICA, NY 11418

LABORATORY CORPORATION OF
AMERICA HOLDINGS
231 MAPLE AVE
BURLINGTON, NC 27215

LEVY RATNER, P.C.
ATTN SUZANNE HEPNER, ESQ
80 EIGHTH AVE., 8TH FL.
NEW YORK, NY 10011

M.R. BAG MANUFACTURING CORP
5721 NEW UTRECHT AVE
BROOKLYN, NY 11219

MACRON & COWHEY
ATTN MARILYN COWHEY MACRON
160 BROADWAY FL 4
NEW YORK, NY 10038

MADISON AVENUE PHYSICIAN SERVICES PC
ATTN: DR. JOSEPH CALABRO
66 WEST GILBERT STREET
RED BANK, NJ 07701

MCBEE ASSOCIATES INC
7085 SAMUEL MORSE DRIVE
COLUMBIA, MD 21046

MEDICAID
MEDICAID MANAGEMENT INFORMATION SYSTEM
NYS DEPT OF HEALTH, CORNING TOWER
ALBANY, NY 12237

MEDICARE
6775 W WASHINGTON ST
MILWAUKEE, WI 53214-5644

MEDISYS HEALTH NETWORK
8900 VAN WYCK EXPY
JAMAICA, NY 11418

MEDLINE INDUSTRIES INC
ATTN: ANNE KISHA
ONE MEDLINE PLACE
MUNDELEIN, IL 60060

MEDLINE INDUSTRIES INC
ATTN: ANNE KISHA
PO BOX 382075
PITTSBURGH, PA 15251-8075

MEDONE CAPITAL FUNDING
10712 SOUTH 1300 EAST
SANDY, UT 84094

MODERN MEDICAL SYSTEMS CO INC
170 FINN COURT
FARMINGDALE, NY 11735

MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO, ESQ
909 THIRD AVE
NEW YORK, NY 10022

NEUBERT, PEPE & MONTEITH, P.C.
ATTN MARK I. FISHMAN, ESQ.
195 CHURCH STREET
13TH FL.
NEW HAVEN, CT 06510

NEW YORK ATTORNEY GENERAL'S OFFICE
ATTN: LOIS BOOKER-WILLIAMS, ASST. AG
BROOKLYN REGIONAL OFFICE
55 HANSON PLACE, SUITE 1080
BROOKLYN, NY 11217

NEW YORK STATE DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
ATTN: INSOLVENCY UNIT
STATE OFFICE CAMPUS, BLDG 12, ROOM 256
ALBANY, NY 12240

NEW YORK STATE HOUSING FINANCE AGENCY
641 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, NY 10022

NUTOVIC & ASSOCIATES
ATTN ISAAC NUTOVIC, ESQ.
488 MADISON AVE
16TH FLOOR
NEW YORK, NY 10022

NY BLOOD CENTER
PO BOX 9674
UNIONDALE, NY 11553-9814

NY DEPTARTMENT OF HEALTH
CORNING TOWER
EMPIRE STATE PLAZA
ALBANY, NY 12237

NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS DIVISION
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201-3719

| | |
|---|---|
| NYC WATER BOARD<br>PO BOX 410<br>CHURCH STREET STATION<br>NEW YORK, NY 10008-0410 | NYS DEPARTMENT OF TAXATION & FINANCE<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 5300<br>ALBANY, NY 12205-5300 |
| NYS DEPT. OF TAXATION & FINANCE<br>ATTN: BANKRUPTCY UNIT - TCD<br>BUILDING 8, ROOM 455<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY, NY 12227 | OCEANSIDE INSTITUTION INDUSTRIES INC.<br>2525 LONG BEACH ROAD<br>OCEANSIDE, NY 11572 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ERIC T. SCHNEIDERMAN<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: ALICIA M LEONHARD<br>271 CADMAN PLAZA EAST<br>SUITE 4529<br>BROOKLYN, NY 11201 |
| PANTHEON CAPITAL LLC<br>ONE INTERNATIONAL BOULEVARD<br>MAHWAH, NJ 07495 | PARK NATIONAL BANK<br>28 W. MADISON<br>OAK PARK, IL 60302 |
| PENINSULA HOSPITAL CENTER<br>ATTN TODD MILLER<br>CHIEF RESTRUCTURING OFFICER<br>51-15 BEACH CHANNEL DRIVE<br>FAR ROCKAWAY, NY 11691 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W.<br>SUITE 340<br>WASHINGTON, DC 20005 |
| PHILIPS ELECTRONICS NA<br>22100 BOTHELL EVERETT HIGHWAY<br>BOTHELL, MD 98021-8431 | PHYSICIANS RECIPROCAL INSURERS<br>1800 NORTHERN BOULEVARD<br>ROSLYN, NY 11576 |
| PRICEWATERHOUSE COOPERS LLP<br>PO BOX 7247-8001<br>PHILADELPHIA, PA 19170-8001 | PRUDENTIAL ASSET MNGT<br>PO BOX 1206<br>WILKES BARRE, PA 18703-1206 |
| QUEST DIAGNOSTICS<br>12436 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-2436 | QUEST DIAGNOSTICS<br>THREE GIRLADA FARMS<br>MADISON, NJ 07940 |
| REPUBLIC BANK<br>1560 SO. RENAISSANCE TOWE DRIVE, STE 260<br>BOUNTIFUL, UT 84010 | REPUBLIC BANK<br>801 NORTH 500 WEST STE 103<br>BOUNTIFUL, UT 84087 |
| REVIVAL FUNDING CO. LLC<br>ATTN ISAAC SOSKIN<br>5350 KINGS HIGHWAY<br>BROOKLYN, NY 11203 | SECURITIES AND EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REG. DIR.<br>3 WORLD FINANCIAL CENTER, STE 400<br>NEW YORK, NY 10281-1022 |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>NORTHEAST REGIONAL OFFICE<br>ATTN: JOHN MURRAY<br>WOOLWORTH BLDG., 233 BROADWAY<br>NEW YORK, NY 10279 | SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL SEC HEADQUARTERS<br>450 5TH ST NW<br>WASHINGTON, DC 20549 |
| SIEMENS FINANCIAL SERVICES INC<br>170 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | SIEMENS MEDICAL SOLUTIONS USA<br>2 PENN PLAZA<br>NEW YORK, NY 10021 |
| SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN KATHLEEN M. MILLER, ESQ.<br>THE CORPORATE PLAZA<br>800 DELAWARE AVE, STE 1000<br>PO BOX 410<br>WILMINGTON, DE 19899 | SODEXO AMERICA LLC<br>500 ROSS STREET<br>PITTSBURGH, PA 15262 |
| SODEXO OPERATIONS LLC<br>ATTN: BRAD HAMMAN<br>283 CRANES ROOST BOULEVARD<br>SUITE 260<br>ALTAMONTE SPRINGS, FL 32701 | SODEXO, INC.<br>ATTN ADRIENNE VADELL STURGES, ESQ.<br>ASSISTANT GENERAL COUNSEL<br>6081 HAMILTON BLVD.<br>ALLENTOWN, PA 18106 |
| SODEXO, INC.<br>C/O JD THOMPSON LAW<br>ATTN JUDY D. THOMPSON, ESQ.<br>P.O. BOX 33`27<br>CHARLOTTE, NC 28233 | SODEXO, INC.<br>JD THOMPSON LAW<br>ATTN JUDY D. THOMPSON, ESQ.<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 |
| SOURCEONE HEALTHCARE TECH INC<br>8020 TYLER BLVD<br>MENTOR, OH 44060 | ST JUDE MEDICAL S. C. INC<br>1 ST JUDE MEDICAL DRIVE<br>ST PAUL, MN 55117 |
| ST JUDE MEDICAL S. C. INC<br>22400 NETWORK PLACE<br>CHICAGO, IL 60673-1224 | TJH MEDICAL SERVICES PC<br>89-06 135TH STREET<br>JAMAICA, NY 11418 |
| U.S. BANK NATIONAL ASSOCIATION<br>555 SW OAK ST. PD-OR-P7LD<br>PORTLAND, OR 97204 | UNITED STATES ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF NEW YORK<br>ATN CIVIL DIV BANKRUPTCY PROCESSING<br>271 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201-1820 |
| US DEPARTMENT OF HEALTH & HUMAN SERVICES<br>ATTN JAIME TORRE, REGIONAL DIRECTOR<br>JACOB K. JAVITS FEDERAL BUILDING<br>26 FEDERAL PLAZA RM 3835<br>NEW YORK, NY 10278 | US DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 |
| US DEPT OF HEALTH AND HUMAN SERVICES<br>ATTN: SECRETARY KATHLEEN SEBELIUS<br>200 INDEPENDENCE AVE SW<br>WASHINGTON, DC 20201-0004 | WILLIAM S CAIN AND ASSOCIATES<br>4450 NORTH 12TH STREET<br>PHOENIX, AZ 85014 |