```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
```
In re:                                                    Chapter 11

PENINSULA HOSPITAL CENTER, et al.,                        Case No. 11-47056 (ESS)
                                                                    11-47985 (ESS)
                                                          (Jointly Administered)

                          Debtors.
```
------------------------------------------------------------------------x
```

<u>ORDER</u>

      A order for relief having been filed by the above-captioned Debtors on September 21, 2011, it is hereby

      ORDERED, that the Debtors and its counsel, if any, appear at a status conference before the undersigned on **November 22, 2011** at **11:30 a.m.** in Courtroom 3585, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, for the purpose of determining an appropriate schedule for the proper administration of this case and considering other related matters, motions and applications; and it is further

      ORDERED, that the Debtors shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

      ORDERED, that unexcused failure to comply with the foregoing paragraphs of this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

      ORDERED, that the Clerk of the Court shall give notice of this Order to the Debtors, its counsel, the United States Trustee and all creditors and parties in interest.

<u>S/Elizabeth S. Stong</u>
ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE

Dated:   Brooklyn, New York
           October 3, 2011