**EXHIBIT B**

1. Jamaica Hospital
   8900 Van Wyck Expressway
   Jamaica, NY 11418
   Attn: Patrick McNamara
   Tel. No. (718) 206-6291

2. Sodexo Operations, LLC,
   283 Cranes Roost Boulevard, Suite 260
   Altamonte Springs, FL 32701
   Attn: Brad Hamman
   Tel. No. (407) 339-3230

3. Medline Industries
   1 Medline Industries
   Mundelein, IL 60060
   Attn: Shane Reed
   Tel. No. (847) 643-4103

4. Madison Avenue Physician Services, P.C.
   66 W. Gilbert Street
   Red Bank, NJ 07701
   Attn: Dr. Joseph Calabro
   Tel. No. (732) 212-0060

5. 1199 SEIU Healthcare Workers East
   310 West 43rd Street
   New York, NY 10036
   Attn: Claire E. Thompson
   Tel. No. (212) 603-1140