**Presentment Date:  October 31, 2011 at 12:00 p.m.**
**Objection Deadline:  October 24, 2011 at 11:30 a.m.**

**Hearing Date: If objections filed**
**November 10, 2011 at 11:00 a.m.**

Robert M. Hirsh
David J. Kozlowski
Jordana Renert
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Proposed* Counsel for the
Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PENINSULA HOSPITAL CENTER, *et al.*, | Case No. 11-47056-ESS |
| Debtors. | Jointly Administered |

### NOTICE OF PRESENTMENT OF
### APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT
### AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE
### <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC*</u>

**PLEASE TAKE NOTICE** that the Application for an Order Authorizing Employment and Retention of Arent Fox LLP as Attorneys for the Official Committee (the "Committee") of Unsecured Creditors of Peninsula Hospital Center, *et al.* (the "Debtors") *Nunc Pro Tunc* (the "Application") shall be presented to the Honorable Elizabeth S. Stong, United States Bankruptcy Court (the "Bankruptcy Court"), Eastern District of New York, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201-1800, on **October 31, 2011 at 12:00 p.m.**, unless a party in interest objects.

NYC/621756.1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be in writing, shall state with particularity the grounds therefor and shall be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered to Judge Stong's Chambers) and served upon the undersigned proposed counsel for the Committee, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attn: Robert M. Hirsh, Esq.) so as to be filed and actually received no later than **October 24, 2011 at 11:30 a.m.** (the "Objection Deadline")**.**  Unless objections are received by that time the Application may be approved.

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Application are timely filed, served and received, a hearing to consider the Application will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201-1800 on **November 10, 2011 at 11:00 a.m.**

Dated:   New York, New York
        October 7, 2011

                                          ARENT FOX LLP

                                          *Proposed* Counsel for the Official Committee
                                              of Unsecured Creditors

By:   */s/ Robert M. Hirsh*
      Robert M. Hirsh
      David J. Kozlowski
      Jordana Renert
      ARENT FOX LLP
      1675 Broadway
      New York, NY 10019
      (212) 484-3900 (Tel.)
      (212) 484-3990 (Fax)