**ABRAMS FENSTERMAN,** *ET AL.*
Deborah J. Piazza, Esq.
Mark Frimmel, Esq.
630 Third Avenue, 5th Floor
New York, NY 10017
Tel: (212) 279-9200
Fax: (212) 279-0600
dpiazza@abramslaw.com
mfrimmel@abramslaw.com

*Proposed Counsel for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PENINSULA HOSPITAL CENTER, et al., | ) | |
| | ) | Case No. 11-47056 (ESS) |
| Debtor. | ) | 11-47985 (ESS) |
| | ) | |

_____)

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 18, 2011 AT 10:00 A.M.

## I. MATTERS GOING FORWARD:

1. Motion of The Debtors for Entry of Interim and Final Orders Under Sections 105(A) And 366 of The Bankruptcy Code (Prohibiting Utilities from altering, Discontinuing, or refusing service to, or Discriminating against, The Debtors; (B) Determining that Utilities are Adequately Assured of Payment; (C) Establishing procedures for Determining requests for Adequate Assurances of Payment; And (D) Scheduling a Final hearing. [Docket No. 30; filed September 19, 2011]

   *Related Documents*
   I.   Interim Order Pursuant to Sections 105(A) And 366 of The Bankruptcy Code (A) Prohibiting Utilities from Altering, Discontinuing or Refusing Service to, or Discriminating Against The Debtors; (B) Determining That Utilities are Adequately Assured of Payment; (C) Establishing Procedures for Determining Requests for Adequate Assurances of Payment; and (D) Scheduling a Final Hearing [Docket No. 124; filed September 26, 2011]

   II.  Amended Exhibit Supplemental Utility Service List [Docket No. 128; filed October 10, 2011]

Objection to Debtors' Motion pursuant to Sections 105(a) and 366 on Adequate Assurance of Payment Filed by Elisa M Pugliese on behalf of Long Island Lighting Company d/b/a LIPA and KeySpan Gas East Corporation d/b/a National Grid [Docket No. 85; filed September 29, 2011]

*Status*
Resolved by Stipulation so Ordered Concerning Adequate Assurance of Future Payment between Peninsula Hospital Center, Long Island Lighting Company d/b/a LIPA and KeySpan Gas East Corporation d/b/a National Grid [Docket No. 118; filed October 07, 2011]

**2.** Motion of Welcome Parking, LLC for an Order: (1) Prohibiting Debtors from Unilaterally Terminating its Parking Contract Without First Obtaining Bankruptcy Court Approval Under 11 U.S.C. § 365 and (2) Enjoining Debtors from Interfering with Welcome Parking, LLC's Operation of Its Facility Pending Further Order of The Court [Docket No. 51; filed September 22, 2011]

*Related Documents:*
Order Scheduling Hearing on the Motion to shorten notice [Docket No. 60; filed September 23, 2011]

**3.** Debtors' Omnibus Motion for Order Authorizing The Rejection of Executory Contracts Pursuant to Section 365(A) of The Bankruptcy Code [Docket No. 62; Filed September 23, 2011]

**4.** Motion to Authorize/Direct Patient Care Ombudsman Access to Confidential Patient Information, Approving Notice to Patients of Ombudsman Reports, and Granting Related Relief [Docket No. 69; filed September 26, 2011]

*Related Documents:*
Affidavit of Posting of Notice of Hearing on Motion for Order Granting the Patient Care Ombudsman Access to Confidential Patient Information, Approving Notice to Patients of Ombudsman Reports and Granting Related Relief, Exhibit A: Noticing of Hearing of Motion. [Docket No. 137; filed September 26, 2011]

## II. MATTERS TO BE CONTINUED/ADJOURNED:

**1.** Motion For Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 And FRBP 2002, 4001 And 9014 Authorizing Debtors To (I) Obtain Secured Postpetition Financing On Superpriority Secured Basis ("DIP Loan") And (II) Utilize Cash Collateral And Other Related Requests [Docket No. 29; filed September 19, 2011]

I.  Limited Objection /JPMorgan Chase Bank, N.A.'s Limited Objection to Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and FRBP 2002, 4001 and 9014 Authorizing Debtors to (I) Obtain Secured Postpetition Financing on Superpriority Secured Basis ("DIP Loan") and (II) Utilize Cash Collateral and Other Related Requests, (B) Reservation of Rights Filed by John W Weiss on behalf of JP Morgan Chase Bank, N.A. [Docket No. 53; filed September 22, 2011]

II.  Objection of the United States Trustee to the Debtors' Motion for an Order Authorizing Debtors to Obtain Secured Post-Petition Financing on a Super-Priority Secured Basis Filed by United States Trustee (RE: Related Document No. 29 Motion to Authorize/Direct filed by Debtor Peninsula Hospital Center) Curtin, William Trustee. [Docket No. 102; filed October 4, 2011]

Dated: New York, New York
      October 17, 2011

ABRAMS FENSTERMAN, *ET AL.*,

By: /s/ Deborah J. Piazza_____
      Deborah J. Piazza
      Mark Frimmel, Esq.
      Abrams Fensterman, *et al.*
      630 Third Avenue, 5th Floor
      New York, NY 10017
      Tel: (212) 279-9200
      Fax: (212) 279-0600
      dpiazza@abramslaw.com
      mfrimmel@abramslaw.com

*Proposed Counsel for Debtors and Debtors in Possession*