**LORI LAPIN JONES**
**Chapter 11 Trustee**
**Peninsula Hospital Center**
**Peninsula General Nursing Home Corp.**
**98 Cutter Mill Road – Suite 201 North**
**Great Neck, New York 11021**

August 1, 2015

ECF
Honorable Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re: Peninsula Hospital Center, et al.
Case No. 11-47056 (ess)

Dear Judge Stong:

I am the Chapter 11 Trustee for the jointly administered cases of Peninsula Hospital Center and Peninsula General Nursing Home Corp. There are disputes regarding fees between the Chapter 11 estates and the Debtors' counsel, Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrera & Wolf, LLP ("AF"). The parties have agreed to attempt to mediate their disputes and, if possible, to do so with a judicial mediator. By this letter, filed with the consent of AF and its counsel, the parties respectfully request the Court assign the matter to mediation and appoint a judicial mediator.

We are available for a conference call if the Court requires any further information.

Thank you.

Respectfully,

Lori Lapin Jones, Trustee

cc: A. Scott Mandelup, Esq.
Avery Samet, Esq.