| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Peninsula Hospital Center | EIN: | 11–6037195 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed in chapter: 11 | 8/16/11 |
| Case number: | 1–11–47056–ess | Date case converted to chapter: 7 | 2/28/18 |

# NOTICE OF DEFICIENCY – APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**NOTICE IS HEREBY GIVEN THAT:**

The Application for Payment of Unclaimed Funds submitted on January 19, 2022 has the following deficiencies:

- ☐ Application
- ☑ Certificate of Service
- ☑ Supporting Documentation
- ☐ Payee Form (AO 213P)

**EXPLANATION:**

–Certificate of Service to US Attorney–must indicate a copy of the Application and supporting documentation was served
–Proof of Prior address–assignor's address does not match court's records

All deficiencies must be cured within 30 days of the date of this Notice or the Application for Payment of Unclaimed Funds may be denied.

Dated: January 21, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**ntcdefunclfun.jsp** [Notice of Deficiency – Application for Payment of Unclaimed Funds rev. 10/29/19]